

ROBERT L. KAYE, B.C.S.*
MICHAEL S. BENDER, B.C.S.*
JEFFREY A. REMBAUM, B.C.S.*
DEBORAH S. SUGARMAN
ANDREW B. BLACK, B.C.S.*
PETER C. MOLLENGARDEN, B.C.S.*
GERARD S. COLLINS
SHAWN G. BROWN, B.C.S.*
JEFFREY D. GREEN
EMILY E. GANNON
DANIELLE M. BRENNAN
LAUREN T. SCHWARZFELD
ALLISON L. HERTZ, B.C.S.*
JAY S. LEVIN
KARINA N. SKEIE
OLIVIA L. CATO
AMY O. EISENBERG
KERSTIN HENZE, OF COUNSEL
LISA A. MAGILL, B.C.S.*, OF COUNSEL

*KBRLegal.Com*

MAIN OFFICE:
1200 PARK CENTRAL BLVD SOUTH
POMPANO BEACH, FL 33064
TEL. (954) 928-0680
FAX (954) 772-0319
(800) 974-0680

WITH ADDITIONAL OFFICES IN:
PALM BEACH GARDENS
TAMPA
MIAMI

*BOARD CERTIFIED SPECIALIST IN
CONDOMINIUM AND PLANNED
DEVELOPMENT LAW

DSUGARMAN@KBRLEGAL.COM

March 9, 2020

**Via Fax: (888) 718-8862**

Brandon Esposito
JK Law, P.A.
925 S. Federal Highway, Suite 125
Boca Raton, FL 33432

      Re:    Sabal Ridge Apartment Association, Inc.
                Owner: Gregory Harold Pope and Michele Bernadette Pope
                Property address: 750 S. Ocean Blvd. #1-S, Boca Raton, FL 33432
                File No.: 20344.0001

Dear Mr. Esposito:

      We have received your letter dated December 13, 2019 regarding the above-referenced matter and dispute the allegations contained therein. Your clients' account remains delinquent and the Association will proceed with further legal action if the outstanding delinquency is not resolved.

      As your clients are aware, regular quarterly assessments are owed to the Association. Additionally, as your clients are also aware, there have been several special assessments that have come due and your clients have failed to make timely payments. In response to your inquiry concerning interest, in accordance with the Declaration of Condominium for Sabal Ridge Apartments, interest on delinquent assessments accrues at the highest rate per annum (18%).

      In response to your letter, enclosed is the full and complete validation evidencing your clients' debt to the Association. Specifically, enclosed is an account

Gregory Harold Pope and Michele Bernadette Pope
March 9, 2020
Page 2

history with the Association reflecting the details of the outstanding balance owed (the clients' ledger does not reflect interest, attorney's fees and costs) and all supporting documentation for the special assessments. Additionally, enclosed is a ledger reflecting the full balance now due of **$47,627.69**, which includes interest, attorney's fees and costs. Your clients must make arrangements to resolve the full amount owed or the Association will have no alternative but to proceed with further legal action. Payment in full or acceptable payment arrangements must be made by **March 20, 2020** or the Association will proceed accordingly.

Should you have further questions or wish to discuss this matter in greater detail, please contact our office.

Very truly yours,

Deborah S. Sugarman

DSS:cs
Enclosure
cc:  Peter Mollengarden, Esquire
     besposito@pmaventures.com

KAYE BENDER REMBAUM, P.L.