# JK LAW, P.A.
## ATTORNEYS & ADVISORS
### 925 S. FEDERAL HIGHWAY, SUITE 125
### BOCA RATON, FL 33432

| | | |
|---|---|---|
| JOHN O. KOCHKERIAN, JD, CPA<br>MEMBER OF FLORIDA BAR | TELEPHONE  561-948-6304<br>FACSIMILE   888-718-8862 | BRANDON M. ESPOSITO, OF COUNSEL<br>MEMBER OF FLORIDA BAR |

December 13, 2019

Via Certified Mail & E-Mail: ablack@kbrlegal.com

Andrew B. Black
Kay Bender Rembaum, P.L.
1200 Park Central Blvd. South
Pompano Beach, FL 33064

Re:   Sabal Ridge Apartment Association, Inc.
      Property Address:   750 S. Ocean Blvd., #1-S
                          Boca Raton, FL 33432

Dear Mr. Black:

This firm represents Mr. and Mrs. Gregory Harold Pope in connection with your certified letter no: 91 7199 9991 7038 6010 0803 of November 15, 2019. Please direct all communications regarding this matter to this firm until such time as this matter has been resolved.

As you may not be aware, our clients are in possession of invoices directly from the Association indicating payment of numerous items on which your letter appears to be errantly assessing interest. These invoices do not indicate any interest due with respect to any payments, nor has the Association ever provided our clients with a statement of account or communication evidencing that any interest had been assessed against them at any time, much less had been silently accruing over the course of multiple years to the tune of tens of thousands of dollars.

Furthermore, the Association's most recent communications with our clients made explicit reference solely to the $24,481.47 comprising then-outstanding 2019 dues, all of which have been made current. There have been no communications provided to this firm illustrating any efforts on the part of the Association to bring to the attention of our clients that the amount you allege is owed has been accruing for over three and a half years. To the contrary, the communications the client has provided us with have evidenced solely efforts to collect on current dues, all of which were satisfied with no mention of the interest, back invoices, or accrued expenses you have demanded. Needless to say, the sudden and inexplicable appearance of $44,543.33 in alleged interest and unpaid dues over so many years and without any prior notice or indication of the existence of the same to our client leaves us somewhat baffled.

Accordingly, and in light of the $24,481.47 already paid by our clients to the Association for current-year dues, we dispute that any amount is currently owing to the Association and demand

**Exhibit B**




U.S. POSTAGE PAID
FCM LETTER
BOCA RATON, FL
33432
DEC 19, 19
AMOUNT
**$4.05**
R2303S101040-10

1000
33064

DEC 26 2019

CERTIFIED MAIL

7018 1130 0001 8730 1025

Andrew B. Black, Esq.
Kaye Bender Rembaum, P.L.
1200 Park Central Blvd. South
Pompano Beach, FL 33064

JK Law, P.A.
925 S. Federal Highway, Suite 125
Boca Raton, FL 33432

Mr. Andrew B. Black
December 13, 2019
Page 2

a complete written account of the underlying information on which these demands were based in order to assess their propriety in the first place in the context of the Association's collateral conduct with respect to our clients. It is our earnest hope that this is merely a misunderstanding and not a punitive or retaliatory effort on the part of the Association to fabricate tens of thousands of dollars in charges and use your firm as an unwitting instrument to bludgeon our clients into submission with respect to their manifold grievances with the Association's prior conduct.

We look forward to receiving a full and complete validation evidencing every penny of the alleged debt and your firm's position on the comprehensiveness and propriety of the same in supporting your demand for payment.

Sincerely,

Brandon M. Esposito, Esq.
Of Counsel
JK Law, P.A.