# JK LAW, P.A.
## ATTORNEYS & ADVISORS
### 925 S. FEDERAL HIGHWAY, SUITE 125
### BOCA RATON, FL 33432

JOHN O. KOCHKERIAN, JD, CPA  
MEMBER OF FLORIDA BAR

TELEPHONE 561-948-6304  
FACSIMILE 888-718-8862

BRANDON M. ESPOSITO, OF COUNSEL  
MEMBER OF FLORIDA BAR

February 3, 2021

Via Certified Mail & E-Mail: dsugarman@kbrlegal.com

Deborah S. Sugarman  
Kaye Bender Rembaum, P.L.  
1200 Park Central Blvd. South  
Pompano Beach, FL 33064

Re:  Sabal Ridge Apartment Association, Inc.  
     Property Address:  750 S. Ocean Blvd., #1-S  
                                 Boca Raton, FL 33432

Dear Mrs. Sugarman:

Per your email dated January 28, 2021, as demanded, please find enclosed a check made payable to your firm in the amount of $18,709.54 which amount represents $14,924.43 of outstanding HOA fees, $3,538.00 of attorney fees, and $247.11 of the increase in January 2021 HOA fees. Please be advised that our clients make this payment under protest due to your improper threat of litigation.

Sincerely,

*[signature]*

John Kochkerian, Esq.  
JK Law, P.A.

**Exhibit D**

**GREG H POPE**
**MICHELE B POPE**

142
37-65/111972

Pay to the Order of: Kaye Bender Rembaum PL.

Date: 2 February 21

$ 18,709.5

Eighteen thousand seven hundred and nine dollars, 5/100 ———— Dollars

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For: Full Amount Demanded.

⑈111900659⑈ ⑆25669205683⑈ 00142