

ROBERT L. KAYE, B.C.S.*
MICHAEL S. BENDER, B.C.S.*
JEFFREY A. REMBAUM, B.C.S.*
DEBORAH S. SUGARMAN
ANDREW B. BLACK, B.C.S.*
PETER C. MOLLENGARDEN, B.C.S.*
GERARD S. COLLINS
SHAWN G. BROWN, B.C.S.*
JEFFREY D. GREEN
EMILY E. GANNON
DANIELLE M. BRENNAN
LAUREN T. SCHWARZFELD
ALLISON L. HERTZ, B.C.S.*
ASHLEY R. TULLOCH
JAY S. LEVIN
KARINA N. SKEIE
OLIVIA L. CATO
KERSTIN HENZE, OF COUNSEL
LISA A. MAGILL, B.C.S.*, OF COUNSEL

*KBRLegal.Com*

MAIN OFFICE:
1200 PARK CENTRAL BLVD SOUTH
POMPANO BEACH, FL 33064
TEL. (954) 928-0680
FAX (954) 772-0319
(800) 974-0680

WITH ADDITIONAL OFFICES IN:
PALM BEACH GARDENS
TAMPA
MIAMI

*BOARD CERTIFIED SPECIALIST IN
CONDOMINIUM AND PLANNED
DEVELOPMENT LAW

November 15, 2019

**CERTIFIED MAIL NO: 91 7199 9991 7038 6010 0803**
**RETURN RECEIPT REQUESTED**

Mr. and Mrs. Gregory Harold Pope
750 South Ocean Boulevard #1-S
Boca Raton, Florida 33432

    RE:    SABAL RIDGE APARTMENT ASSOCIATION, INC.
           OUR FILE NO.: 20344.0001
           PROPERTY ADDRESS:    750 South Ocean Boulevard #1-S
                                                Boca Raton, Florida 33432
           **TOTAL OUTSTANDING: $69,035.80**

Dear Mr. and Mrs. Pope:

       This Firm represents SABAL RIDGE APARTMENT ASSOCIATION, INC. (the "Association"). The Association has referred your delinquent assessments, as set forth below, to the undersigned for collection. To avoid complications or errors with your account, all inquiries and communication regarding this claim are to be directed to this Firm rather than to the Association until such time as your account is no longer in collections with this Firm.

       As you should be aware, the Declaration of Condominium for Sabal Ridge Apartments, A Condominium (the "Declaration") provides that the Association may file a claim of lien against any unit that is delinquent in its assessments. Thereafter, the Association may foreclose on its lien. The Declaration also provides that attorneys' fees and costs incurred in the collection of delinquent assessments are the responsibility of the unit owner. Presently, the balance due and owing is computed on the attached account status report for your reference.

       The following amounts are currently due on your account to the Association and must



Gregory Harold Pope and Michele Bernadette Pope
November 15, 2019
Page 3

Any questions concerning this matter should be directed to the Firm listed above.

Unless, within thirty (30) days after your receipt of this letter, you dispute the validity of the amounts due (or any portion thereof), this Firm shall assume the debt to be valid. If you notify this Firm in writing within the thirty (30) day period that the aforesaid debt (or any portion thereof) is disputed, this Firm shall obtain written verification of the amount due and verification will be mailed to you by this Firm.

This Law Firm may be deemed a "debt collector" under the Fair Debt Collection Practices Act. We are attempting to collect a debt, and any information obtained will be used for that purpose only.

Federal law allows you to dispute the validity of a debt within thirty (30) days of your receipt of this letter. However, the law does not require the Association or this Law Firm to wait that entire period to attempt to collect the debt. For this reason, you are required to make the payment as specified above. If you request proof of the debt or the name and address of the original creditor within the thirty (30) day period that begins with your receipt of this letter, this Law Firm will suspend its efforts (through litigation or otherwise) to collect the debt until you are mailed the required information.

PLEASE GOVERN YOURSELF ACCORDINGLY.

Very Truly Yours,

ANDREW B. BLACK

ABB/bcc
Enclosures
cc:   Board of Directors
      Addressee (Sent by Regular Mail)

**KAYE BENDER REMBAUM, P.L.**

Gregory Harold Pope and Michele Bernadette Pope
November 15, 2019
Page 2

be paid within thirty (30) days after your receipt of this letter. This letter shall serve as the Association's notice of intent to record a Claim of Lien against your property no sooner than thirty (30) days after your receipt of this letter, unless you pay in full the amounts set forth below:

| Description | | Amount |
|---|---|---|
| Maintenance due from 04/01/16 through 10/01/19 | $ | 120,223.30 |
| Balance of Special Assessment due 04/01/16 | $ | 10,973.16 |
| Special Assessment due 04/15/16 through 01/15/19 | $ | 27,549.96 |
| Special Assessment due 09/15/16 | $ | 92,987.20 |
| Special Assessment due 02/15/17 | $ | 92,987.20 |
| Special Assessment due 04/15/19 | $ | 99,525.29 |
| Interest through 11/15/19 | $ | 29,394.25 |
| Certified mail charges | $ | 5.75 |
| Other costs | $ | 4.90 |
| Attorneys fees | $ | 250.00 |
| Less payments received | $ | ( 404,865.21 |
| TOTAL OUTSTANDING | $ | 69,035.80 |

Interest accrues at the rate of 18% per annum.

In order to avoid any additional legal fees, interest and court costs, we encourage your cooperation in paying the delinquency plus the expense incurred by the Association in the total amount of **$69,035.80** within thirty (30) days. Your failure to pay the delinquency, fees and cost will result in a lien filed against your unit without further notice.

Please make your payment payable to **Kaye Bender Rembaum, P.L. Trust Account**, and mail to:

**KAYE BENDER REMBAUM, P.L.**
**1200 Park Central Boulevard South**
**Pompano Beach, Florida 33064**
**(800) 974-0680**

**\*\*PAYMENTS ARE ONLY ACCEPTED IN THE POMPANO BEACH OFFICE \*\***
**PAYMENTS WILL NOT BE ACCEPTED IN PALM BEACH GARDENS OR TAMPA**

# KAYE BENDER REMBAUM

ACCOUNT STATUS
11/15/2019

POPE , GREGORY HAROLD
POPE , MICHELE BERNADETTE

ASSOCIATION  SABAL RIDGE APARTMENTS        CLIENT ID# 20344.0001
UNIT #      1-S
STATUS      COLLECTIONS
ADDRESS     750 SOUTH OCEAN BOULEVARD #1-S, BOCA RATON, FLORIDA 33432
ATTORNEY               INTEREST RATE                         18.00

| DATE | CHARGE TYPE | ASSESSMENT | INTEREST | LATE FEES | ATTY FEES | COSTS | APPLIED | LINE BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/01/16 | R | 7,961.94 | 314.11 | 0.00 | 0.00 | 0.00 | 8,276.05 | 0.00 |
| 04/01/16 | B/SA | 10,973.16 | 453.98 | 0.00 | 0.00 | 0.00 | 11,427.14 | 0.00 |
| 04/15/16 | S/A | 2,295.83 | 130.20 | 0.00 | 0.00 | 0.00 | 2,426.03 | 0.00 |
| 07/01/16 | R | 7,961.94 | 180.26 | 0.00 | 0.00 | 0.00 | 8,142.20 | 0.00 |
| 07/15/16 | S/A | 2,295.83 | 90.57 | 0.00 | 0.00 | 0.00 | 2,386.40 | 0.00 |
| 09/15/16 | S/A | 92,987.20 | 947.65 | 0.00 | 0.00 | 0.00 | 93,934.85 | 0.00 |
| 10/01/16 | R | 7,961.94 | 482.05 | 0.00 | 0.00 | 0.00 | 8,443.99 | 0.00 |
| 10/15/16 | S/A | 2,295.83 | 174.90 | 0.00 | 0.00 | 0.00 | 2,470.73 | 0.00 |
| 01/01/17 | R | 7,961.94 | 310.19 | 0.00 | 0.00 | 0.00 | 8,272.13 | 0.00 |
| 01/15/17 | S/A | 2,295.83 | 73.59 | 0.00 | 0.00 | 0.00 | 2,369.42 | 0.00 |
| 02/15/17 | S/A | 92,987.20 | 3,419.35 | 0.00 | 0.00 | 0.00 | 96,406.55 | 0.00 |
| 04/01/17 | R | 7,961.94 | 782.61 | 0.00 | 0.00 | 0.00 | 8,744.55 | 0.00 |
| 04/15/17 | S/A | 2,295.83 | 332.39 | 0.00 | 0.00 | 0.00 | 2,628.22 | 0.00 |
| 07/01/17 | R | 7,961.94 | 1,065.93 | 0.00 | 0.00 | 0.00 | 9,027.87 | 0.00 |
| 07/15/17 | S/A | 2,295.83 | 497.03 | 0.00 | 0.00 | 0.00 | 2,792.86 | 0.00 |
| 10/01/17 | R | 7,961.94 | 2,060.95 | 0.00 | 0.00 | 0.00 | 10,022.89 | 0.00 |
| 10/15/17 | S/A | 2,295.83 | 653.28 | 0.00 | 0.00 | 0.00 | 2,949.11 | 0.00 |
| 01/01/18 | R | 7,961.94 | 1,983.38 | 0.00 | 0.00 | 0.00 | 9,945.32 | 0.00 |
| 01/15/18 | S/A | 2,295.83 | 598.94 | 0.00 | 0.00 | 0.00 | 2,894.77 | 0.00 |
| 04/01/18 | R | 7,961.94 | 1,778.67 | 0.00 | 0.00 | 0.00 | 9,740.61 | 0.00 |
| 04/15/18 | S/A | 2,295.83 | 497.04 | 0.00 | 0.00 | 0.00 | 2,792.87 | 0.00 |
| 07/01/18 | R | 7,961.94 | 1,421.36 | 0.00 | 0.00 | 0.00 | 9,383.30 | 0.00 |
| 07/15/18 | S/A | 2,295.83 | 394.01 | 0.00 | 0.00 | 0.00 | 2,689.84 | 0.00 |
| 10/01/18 | R | 7,961.94 | 1,060.14 | 0.00 | 0.00 | 0.00 | 9,022.08 | 0.00 |
| 10/15/18 | S/A | 2,295.83 | 289.85 | 0.00 | 0.00 | 0.00 | 2,585.68 | 0.00 |
| 01/01/19 | R | 8,160.49 | 716.33 | 0.00 | 0.00 | 0.00 | 8,876.82 | 0.00 |
| 01/15/19 | S/A | 2,295.83 | 185.69 | 0.00 | 0.00 | 0.00 | 2,481.52 | 0.00 |
| 04/01/19 | R | 8,160.49 | 354.14 | 0.00 | 0.00 | 0.00 | 8,514.63 | 0.00 |
| 04/15/19 | S/A | 99,525.29 | 7,413.22 | 0.00 | 0.00 | 0.00 | 54,790.20 | 52,148.31 |
| 07/01/19 | R | 8,160.49 | 551.34 | 0.00 | 0.00 | 0.00 | 398.41 | 8,313.42 |
| 10/01/19 | R | 8,160.49 | 181.10 | 0.00 | 0.00 | 0.00 | 28.17 | 8,313.42 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/15/19 | O | 0.00 | 0.00 | 0.00 | 250.00 | 10.65 | 0.00 | 260.65 |
| TOTAL | | | | | | | | |
| CHARGES | | $444,246.11 | $29,394.25 | $0.00 | $250.00 | $10.65 | | $473,901.01 |
| APPLIED | | $376,736.09 | $28,129.12 | $0.00 | $0.00 | $0.00 | $404,865.21 | |
| BALANCE | | $67,510.02 | $1,265.13 | $0.00 | $250.00 | $10.65 | | $69,035.80 |

## BALANCE DUE $69,035.80

PAYMENT-HISTORY:

| DATE | PAYMENTS | TYPE | CHECK# |
|---|---|---|---|
| 06/20/16 | $7,961.94 | A | 00269 |
| 06/20/16 | $8,627.33 | A | 00269 |
| 06/20/16 | $2,295.83 | A | 00269 |
| 08/08/16 | $7,961.94 | A | 00337 |
| 08/08/16 | $2,295.83 | A | 00337 |
| 10/03/16 | $42,987.20 | A | 00430 |
| 10/03/16 | $50,000.00 | A | 00422 |
| 11/29/16 | $7,961.94 | A | 00520 |
| 03/16/17 | $7,961.94 | A | 98802 |
| 03/21/17 | $50,000.00 | A | 00118 |
| 05/07/17 | $42,987.20 | A | 00161 |
| 08/07/17 | $14,849.43 | A | 00271 |
| 10/19/17 | $7,961.94 | A | 305 |
| 01/24/18 | $2,295.83 | A | 313 |
| 02/08/18 | $7,961.94 | A | 321 |
| 09/19/18 | $2,295.83 | A | ASSOC |
| 09/27/18 | $7,961.94 | A | 00352 |
| 03/05/19 | $4,591.66 | A | 391 |
| 05/15/19 | $15,923.88 | A | 00165 |
| 05/15/19 | $2,295.83 | A | 00165 |
| 06/28/19 | $50,000.00 | A | 0208 |
| 06/28/19 | $49,525.29 | A | 00220 |
| 10/08/19 | $8,160.49 | A | 00364 |

$404,865.21  TOTAL ASSOCIATION RECEIVED
$0.00  TOTAL RECEIVED INTO TRUST

$404,865.21  GRAND TOTAL RECEIVED