**Jannely Arevalo**

| | |
|---|---|
| **From:** | Jannely Arevalo |
| **Sent:** | Monday, March 9, 2020 2:54 PM |
| **To:** | 'besposito@pmaventures.com' |
| **Subject:** | Sabal Ridge Apts vs. Pope / 750 South Ocean Boulevard #1-S |
| **Attachments:** | 20200309141750502.pdf |

Good Afternoon

In regards to the above referenced matter, please see attached correspondence in response to your letter dated December 13, 2019.

Regards,



Collections Paralegal



Attorneys At Law

www.KBRLegal.Com
**1200 Park Central Boulevard South**
**Pompano Beach, Florida 33064**
<u>Area Code ( 954 )</u>
Main 928-0680
Fax 772-0319
Jannely@KBRLegal.com

2014, 2015, 2016, 2017 DIAMOND WINNER FOR BEST LAW FIRM!!

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

<u>PERSONAL & CONFIDENTIAL</u>
This email and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone at 954-928-0680 or by electronic mail, and delete this message and all copies and backups thereof. Thank you.


Exhibit A



ROBERT L. KAYE, B.C.S.*
MICHAEL S. BENDER, B.C.S.*
JEFFREY A. REMBAUM, B.C.S.*
DEBORAH S. SUGARMAN
ANDREW B. BLACK, B.C.S.*
PETER C. MOLLENGARDEN, B.C.S.*
GERARD S. COLLINS
SHAWN G. BROWN, B.C.S.*
JEFFREY D. GREEN
EMILY E. GANNON
DANIELLE M. BRENNAN
LAUREN T. SCHWARZFELD
ALLISON L. HERTZ, B.C.S.*
JAY S. LEVIN
KARINA N. SKEIE
OLIVIA L. CATO
AMY O. EISENBERG
KERSTIN HENZE, OF COUNSEL
LISA A. MAGILL, B.C.S.*, OF COUNSEL

*KBRLegal.Com*

MAIN OFFICE:
1200 PARK CENTRAL BLVD SOUTH
POMPANO BEACH, FL 33064
TEL. (954) 928-0680
FAX (954) 772-0319
(800) 974-0680

WITH ADDITIONAL OFFICES IN:
PALM BEACH GARDENS
TAMPA
MIAMI

*BOARD CERTIFIED SPECIALIST IN
CONDOMINIUM AND PLANNED
DEVELOPMENT LAW

DSUGARMAN@KBRLEGAL.COM

March 9, 2020

**Via Fax: (888) 718-8862**

Brandon Esposito
JK Law, P.A.
925 S. Federal Highway, Suite 125
Boca Raton, FL 33432

    Re:    Sabal Ridge Apartment Association, Inc.
            Owner: Gregory Harold Pope and Michele Bernadette Pope
            Property address: 750 S. Ocean Blvd. #1-S, Boca Raton, FL 33432
            File No.: 20344.0001

Dear Mr. Esposito:

    We have received your letter dated December 13, 2019 regarding the above-referenced matter and dispute the allegations contained therein. Your clients' account remains delinquent and the Association will proceed with further legal action if the outstanding delinquency is not resolved.

    As your clients are aware, regular quarterly assessments are owed to the Association. Additionally, as your clients are also aware, there have been several special assessments that have come due and your clients have failed to make timely payments. In response to your inquiry concerning interest, in accordance with the Declaration of Condominium for Sabal Ridge Apartments, interest on delinquent assessments accrues at the highest rate per annum (18%).

    In response to your letter, enclosed is the full and complete validation evidencing your clients' debt to the Association. Specifically, enclosed is an account

Gregory Harold Pope and Michele Bernadette Pope
March 9, 2020
Page 2

history with the Association reflecting the details of the outstanding balance owed (the clients' ledger does not reflect interest, attorney's fees and costs) and all supporting documentation for the special assessments. Additionally, enclosed is a ledger reflecting the full balance now due of **$47,627.69**, which includes interest, attorney's fees and costs. Your clients must make arrangements to resolve the full amount owed or the Association will have no alternative but to proceed with further legal action. Payment in full or acceptable payment arrangements must be made by **March 20, 2020** or the Association will proceed accordingly.

Should you have further questions or wish to discuss this matter in greater detail, please contact our office.

Very truly yours,

Deborah S. Sugarman

DSS:cs
Enclosure
cc:    Peter Mollengarden, Esquire
       besposito@pmaventures.com

KAYE BENDER REMBAUM, P.L.

# KAYE BENDER REMBAUM

### ACCOUNT STATUS
### 3/9/2020

POPE , GREGORY HAROLD
POPE , MICHELE BERNADETTE

**ASSOCIATION** SABAL RIDGE APARTMENTS     **CLIENT ID# 20344.0001**

**UNIT #**       1-S

**STATUS**       COLLECTIONS

**ADDRESS**      750 SOUTH OCEAN BOULEVARD #1-S, BOCA RATON, FLORIDA 33432

**ATTORNEY**          **INTEREST RATE**                18.00

| DATE | CHARGE TYPE | ASSESSMENT | INTEREST | LATE FEES | ATTY FEES | COSTS | APPLIED | LINE BALANCE |
|------|------|------|------|------|------|------|------|------|
| 04/01/16 | R | 7,961.94 | 314.11 | 0.00 | 0.00 | 0.00 | 8,276.05 | 0.00 |
| 04/01/16 | B/SA | 10,973.16 | 453.98 | 0.00 | 0.00 | 0.00 | 11,427.14 | 0.00 |
| 04/15/16 | S/A | 2,295.83 | 130.20 | 0.00 | 0.00 | 0.00 | 2,426.03 | 0.00 |
| 07/01/16 | R | 7,961.94 | 180.26 | 0.00 | 0.00 | 0.00 | 8,142.20 | 0.00 |
| 07/15/16 | S/A | 2,295.83 | 90.57 | 0.00 | 0.00 | 0.00 | 2,386.40 | 0.00 |
| 09/15/16 | S/A | 92,987.20 | 947.65 | 0.00 | 0.00 | 0.00 | 93,934.85 | 0.00 |
| 10/01/16 | R | 7,961.94 | 482.05 | 0.00 | 0.00 | 0.00 | 8,443.99 | 0.00 |
| 10/15/16 | S/A | 2,295.83 | 174.90 | 0.00 | 0.00 | 0.00 | 2,470.73 | 0.00 |
| 01/01/17 | R | 7,961.94 | 310.19 | 0.00 | 0.00 | 0.00 | 8,272.13 | 0.00 |
| 01/15/17 | S/A | 2,295.83 | 73.59 | 0.00 | 0.00 | 0.00 | 2,369.42 | 0.00 |
| 02/15/17 | S/A | 92,987.20 | 3,419.35 | 0.00 | 0.00 | 0.00 | 96,406.55 | 0.00 |
| 04/01/17 | R | 7,961.94 | 782.61 | 0.00 | 0.00 | 0.00 | 8,744.55 | 0.00 |
| 04/15/17 | S/A | 2,295.83 | 332.39 | 0.00 | 0.00 | 0.00 | 2,628.22 | 0.00 |
| 07/01/17 | R | 7,961.94 | 1,065.93 | 0.00 | 0.00 | 0.00 | 9,027.87 | 0.00 |
| 07/15/17 | S/A | 2,295.83 | 497.03 | 0.00 | 0.00 | 0.00 | 2,792.86 | 0.00 |
| 10/01/17 | R | 7,961.94 | 2,060.95 | 0.00 | 0.00 | 0.00 | 10,022.89 | 0.00 |
| 10/15/17 | S/A | 2,295.83 | 653.28 | 0.00 | 0.00 | 0.00 | 2,949.11 | 0.00 |
| 01/01/18 | R | 7,961.94 | 1,983.38 | 0.00 | 0.00 | 0.00 | 9,945.32 | 0.00 |
| 01/15/18 | S/A | 2,295.83 | 598.94 | 0.00 | 0.00 | 0.00 | 2,894.77 | 0.00 |
| 04/01/18 | R | 7,961.94 | 1,778.67 | 0.00 | 0.00 | 0.00 | 9,740.61 | 0.00 |
| 04/15/18 | S/A | 2,295.83 | 497.04 | 0.00 | 0.00 | 0.00 | 2,792.87 | 0.00 |
| 07/01/18 | R | 7,961.94 | 1,421.36 | 0.00 | 0.00 | 0.00 | 9,383.30 | 0.00 |
| 07/15/18 | S/A | 2,295.83 | 394.01 | 0.00 | 0.00 | 0.00 | 2,689.84 | 0.00 |
| 10/01/18 | R | 7,961.94 | 1,060.14 | 0.00 | 0.00 | 0.00 | 9,022.08 | 0.00 |
| 10/15/18 | S/A | 2,295.83 | 289.85 | 0.00 | 0.00 | 0.00 | 2,585.68 | 0.00 |
| 01/01/19 | R | 8,160.49 | 716.33 | 0.00 | 0.00 | 0.00 | 8,876.82 | 0.00 |
| 01/15/19 | S/A | 2,295.83 | 185.69 | 0.00 | 0.00 | 0.00 | 2,481.52 | 0.00 |
| 04/01/19 | R | 8,160.49 | 354.14 | 0.00 | 0.00 | 0.00 | 8,514.63 | 0.00 |
| 04/15/19 | S/A | 99,525.29 | 9,059.76 | 0.00 | 0.00 | 0.00 | 86,479.15 | 22,105.90 |
| 07/01/19 | R | 8,160.49 | 1,014.14 | 0.00 | 0.00 | 0.00 | 768.65 | 8,405.98 |
| 10/01/19 | R | 8,160.49 | 643.90 | 0.00 | 0.00 | 0.00 | 398.41 | 8,405.98 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/15/19 | O | 0.00 | 0.00 | 0.00 | 250.00 | 10.65 | 260.65 | 0.00 |
| 12/09/19 | DTA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/20 | R | 8,237.04 | 276.22 | 0.00 | 0.00 | 0.00 | 28.43 | 8,484.83 |
| 03/09/20 | O | 0.00 | 0.00 | 0.00 | 225.00 | 0.00 | 0.00 | 225.00 |
| TOTAL | | | | | | | | |
| CHARGES | | $452,483.15 | $32,242.61 | $0.00 | $475.00 | $10.65 | | $485,211.41 |
| APPLIED | | $406,464.80 | $30,858.27 | $0.00 | $250.00 | $10.65 | $437,583.72 | |
| BALANCE | | $46,018.35 | $1,384.34 | $0.00 | $225.00 | $0.00 | | $47,627.69 |

## BALANCE DUE $47,627.69

**PAYMENT-HISTORY:**

| DATE | PAYMENTS | TYPE | CHECK# |
|---|---|---|---|
| 06/20/16 | $7,961.94 | A | 00269 |
| 06/20/16 | $8,627.33 | A | 00269 |
| 06/20/16 | $2,295.83 | A | 00269 |
| 08/08/16 | $7,961.94 | A | 00337 |
| 08/08/16 | $2,295.83 | A | 00337 |
| 10/03/16 | $42,987.20 | A | 00430 |
| 10/03/16 | $50,000.00 | A | 00422 |
| 11/29/16 | $7,961.94 | A | 00520 |
| 03/16/17 | $7,961.94 | A | 98802 |
| 03/21/17 | $50,000.00 | A | 00118 |
| 05/07/17 | $42,987.20 | A | 00161 |
| 08/07/17 | $14,849.43 | A | 00271 |
| 10/19/17 | $7,961.94 | A | 305 |
| 01/24/18 | $2,295.83 | A | 313 |
| 02/08/18 | $7,961.94 | A | 321 |
| 09/19/18 | $2,295.83 | A | ASSOC |
| 09/27/18 | $7,961.94 | A | 00352 |
| 03/05/19 | $4,591.66 | A | 391 |
| 05/15/19 | $2,295.83 | A | 00165 |
| 05/15/19 | $15,923.88 | A | 00165 |
| 06/28/19 | $50,000.00 | A | 0208 |
| 06/28/19 | $49,525.29 | A | 00220 |
| 10/08/19 | $8,160.49 | A | 00364 |
| 12/06/19 | $24,481.47 | T | 551 |
| 01/08/20 | $8,237.04 | A | 557 |

$413,102.25   TOTAL ASSOCIATION RECEIVED
$24,481.47   TOTAL RECEIVED INTO TRUST

$437,583.72   GRAND TOTAL RECEIVED

DISBURSAL-HISTORY:
DATE    DISBURSMENT TYPE
12/09/19        $24,481.47  DTA

              $24,481.47   TOTAL DISBURSED TO ASSOCIATION
                   $0.00   TOTAL DISBURSED TO FIRM

              $24,481.47   GRAND TOTAL DISBURSED

                   $0.00   BALANCE IN TRUST

Mr. y Mrs. Gregory Pope
#1-5

| Date | Invoice # | Check # | Amount | Invoice # Paid | Balance |
|---|---|---|---|---|---|
| 01/01/2015 | | | | | -0- |
| 03/01/2015 | 3487 | | 7,961.94 | | 7,961.94 |
| 01/13/2015 | 3515 | | 2,295.83 | | 10,257.77 |
| 01/28/2015 | | 436 | 7,961.94 | 3487 | 2,295.83 |
| 01/28/2015 | | 437 | 2,295.83 | 3515 | -0- |
| 04/01/2015 | 3528 | | 7,961.94 | | 7,961.94 |
| 04/06/2016 | 3554 | | 2,295.83 | | 10,257.77 |
| 04/13/2015 | | 00049... | 7,961.94 | 3528 | 2,295.83 |
| 07/01/2015 | 3567 | | 7,961.94 | | 10,257.77 |
| 07/02/2015 | 3595 | | 2,295.83 | | 12,553.60 |
| 07/28/2015 | | 00227... | 2,295.83 | 3595 | 10,257.77 |
| 07/28/2015 | | 00227... | 7,961.94 | 3567 | 2,295.83 |
| 10/01/2015 | 3605 | | 7,961.94 | | 10,257.77 |
| 10/15/2015 | 3635 | | 2,295.83 | | 12,553.60 |
| 10/21/2015 | | 20151... | 7,936.94 | 3605 | 4,616.66 |
| 01/01/2016 | 3645 | | 7,961.94 | | 12,578.60 |
| 01/14/2016 | 3673 | | 2,295.83 | | 14,874.43 |
| 03/01/2016 | | 20160... | 7,934.94 | 3645 | 6,939.49 |
| 04/01/2016 | | 525 | 4,594.66 | 3635 & 3673 | 2,345.83 |
| 04/01/2016 | | 526 | 8,623.33 | 3712 | 26,281.60 |
| 04/01/2016 | 3712 | | 17,254.66 | | 10,977.16 |
| 04/01/2016 | 3685 | | 7,961.94 | | 18,935.10 |
| 04/15/2016 | 3740 | | 2,295.83 | | 21,230.93 |
| 06/20/2016 | | 00269... | 2,295.83 | 3740 ✓ | 18,935.10 |
| 06/20/2016 | | 00269... | 7,961.94 | 3685 ✓ | 10,973.16 |
| 06/20/2016 | | 00269... | 8,627.33 | 3712 ✓ | 2,345.83 |
| 07/01/2016 | 3750 | | 7,961.94 | | 10,307.77 |
| 07/09/2016 | 3787 | | 2,295.83 | | 12,603.60 |
| 08/08/2016 | | 00337... | 2,295.83 | 3787 ✓ | 10,307.77 |
| 08/08/2016 | | 00337... | 7,961.94 | 3750 ✓ | 2,345.83 |
| 09/14/2016 | 3811 | | 92,987.20 | | 95,333.03 |
| 10/01/2016 | 3815 | | 7,961.94 | | 103,294.97 |
| 10/03/2016 | | 00430... | 42,987.20 | 3811 ✓ | 60,307.77 |
| 10/03/2016 | | 00422... | 50,000.00 | 3811 ✓ | 10,307.77 |
| 11/01/2016 | 3851 | | 2,295.83 | | 12,603.60 |
| 11/29/2016 | | 00520... | 7,961.94 | 3815 ✓ | 4,641.66 |
| 01/01/2017 | 3862 | | 7,961.94 | | 12,603.60 |
| 02/05/2017 | 3899 | | 92,987.20 | | 105,590.80 |
| 03/16/2017 | | 98802 | 7,961.94 | 3862 ✓ | 97,628.86 |

Mr & Mrs Gregory Pape
#1-5                    Pg 2

| Date | Invoice# | Check# | Amount | Invoice# Paid | Balance |
|------|----------|--------|--------|---------------|---------|
| | | | | | 97,628.86 |
| 03/14/2017 | 3914 | | 2,295.83 | | 99,924.69 |
| 03/21/2017 | | 00118... | 50,000.00 | 3899 ✓ | 49,924.69 |
| 03/30/2017 | 3924 | | 7,961.94 | | 57,886.63 |
| 04/06/2017 | 3952 | | 2,295.83 | | 60,182.46 |
| 05/02/2017 | | 00161.. | 42,987.20 | 3899 ✓ | 17,195.26 |
| 06/19/2017 | 3980 | | 7,961.94 | | 25,157.20 |
| 07/10/2017 | 4009 | | 2,295.83 | 3851 3914 | 27,453.63 |
| 08/07/2017 | | 00271... | 14,849.43 | 3924 3952 | 12,663.60 |
| 09/30/2017 | 4030 | | 7,961.94 | | 20,565.54 |
| 10/19/2017 | | 305 | 7,961.94 | 4030 ✓ | 12,603.60 |
| 11/07/2017 | 4058 | | 2,295.83 | | 14,899.43 |
| 12/22/2017 | 4077 | | 7,961.94 | | 22,861.37 |
| 01/24/2018 | | 313 | 2,295.83 | 4058 ✓ | 20,565.54 |
| 01/24/2018 | 4106 | | 2,295.83 | | 22,861.37 |
| 02/08/2018 | | 321 | 7,961.94 | 4077 ✓ | 14,899.43 |
| 03/19/2018 | 4127 | | 7,961.94 | | 22,861.37 |
| 05/06/2018 | 4155 | | 2,295.83 | | 25,157.20 |
| 06/15/2018 | 4164 | | 7,961.94 | | 33,119.14 |
| 08/12/2018 | 4191 | | 2,295.83 | | 35,414.97 |
| 09/14/2018 | 4209 | | 7,961.94 | | 43,376.91 |
| 09/19/2018 | | no # listed | 2,295.83 | 4191 ✓ | 41,081.08 |
| 09/27/2018 | | 00352... | 7,961.94 | 4164 ✓ | 33,119.14 |
| 10/24/2018 | 4237 | | 8,160.49 | | 41,279.63 |
| 01/09/2019 | 4273 | | 4,591.66 | | 45,871.29 |
| 03/05/2019 | | 391 | 4,591.66 | 4273 ✓ | 41,279.63 |
| 03/17/2019 | 4282 | | 99,525.29 | | 140,804.92 |
| 03/18/2019 | 4370 | | 8,160.49 | | 148,965.41 |
| 05/15/2019 | | 00165... | 2,295.83 | 4155 ✓ | 146,669.58 |
| 05/15/2019 | | 00165... | 15,923.88 | 4127 4209 | 130,745.70 |
| 06/14/2019 | 4346 | | 8,160.49 | | 138,906.19 |
| 06/28/2019 | | 00220... | 49,525.29 | 4282 ✓ | 89,380.90 |
| 06/28/2019 | | 00208... | 50,000.00 | 4282 ✓ | 39,380.90 |
| 09/10/2019 | 4397 | | 8,160.49 | | 47,541.39 |
| 10/08/2019 | | 00364... | 8,160.49 | 4237 ✓ | 39,380.90 |

```
                    SABAL RIDGE APARTMENT ASSN, INC.
                    FINANCIAL TRANSACTIONS - 02/13/20

750 S OCEAN BLVD # 1S                    Unit ID: 1S
GREG POPE                                STATUS: 07 - ATTORNEY
                                         PREPAID BAL:    0.00
 TXN   -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------  BALANCE
 DATE   PAYMT AMT CHECK #    DEP DT CODE  N/A  DESCRIPTION       AMOUNT          DUE
------  --------- ----------- ------ ----  ---  ----------------  ----------  -----------
113019            EXPENSE ADJ     09    T     SET UP BALANCE        50.00         50.00
113019            EXPENSE ADJ     09          SET UP BALANCE        25.00         75.00
113019            EXPENSE ADJ     09          SET UP BALANCE      7961.94       8036.94
113019            EXPENSE ADJ     09          SET UP BALANCE      8160.49      16197.43
113019            EXPENSE ADJ     09          SET UP BALANCE      8160.49      24357.92
113019            EXPENSE ADJ     09          SET UP BALANCE      8160.49      32518.41
113019 10/1/15 BALANCE, 1/1/16 BALANCE, 3RD QTR 2017, 2ND
113019 QTR 2019, 3RD QTR 2019, 4TH QTR 2019
113019            EXPENSE ADJ     10          S/A SET UP BAL      2295.83      34814.24
113019            EXPENSE ADJ     10          S/A SET UP BAL      2295.83      37110.07
113019            EXPENSE ADJ     10          S/A SET UP BAL      2295.83      39405.90
113019 2ND QTR 2015 S/A, 3RD QTR 2017, 1ST QTR 2018
------
010120            APPLY CHARGES        A1     ASSESSMENT          8237.04      47642.94
010820   8237.04 557         010820   A1     ASSESSMENT         (8237.04)     39405.90
------
020720  24481.47 30561ATTY   020720   09     SET UP BALANCE    (24481.47)     14924.43


                    -- End of report --
```

SABAL RIDGE APARTMENT ASSOCIATION, INC.
BOARD OF DIRECTORS MEETING
MARCH 4, 2016
A SPECIAL ASSESSMENT WILL BE CONSIDERED

On Friday, March 4, 2016, at 5:30 PM, or immediately following the Annual Meeting, in the Sabal Ridge Lobby Sitting Room, a Board of Directors Meeting will be held to approve a Special Assessment. Any Member of the Association has a right to speak on any Agenda Item for a maximum of three (3) minutes for each Agenda Item, provided they sign the register prior to the Meeting indicating Agenda Items to be addressed.

An identification of Agenda Items is as follows:

1. Certifying Quorum. Call to Order.

2. Proof of Notice of Meeting:  Posted and Mailed February 9, 2016.

3. Special Business:

   **SPECIAL ASSESSMENT to be levied against unit owners for expenses incurred, or to be incurred, prior to obtaining financing for the elevator modernization and garage water mitigation/concrete replacement projects. These costs are over and above those anticipated by the Annual Budget.**

| | |
|---|---|
| $ 193,500.00 | Architectural fees including civil engineering, landscape architect, arborist and MEP (mechanical, electrical, plumbing) engineering. |
| 54,000.00 | EBL Construction Management – through April 30th |
| 30,852.00 | Karins Engineering – structural engineering – paid to date |
| 65,500.00 | Otis Elevator – elevator modernization – contract deposit |
| 262,000.00 | Otis Elevator – elevator modernization – per contract – due upon delivery of materials |
| **$ 605,852.00** | **TOTAL** |

   **Review/Discussion/Motion**

4. Adjournment

For the Board of Directors

Theodore Boinis
Vice President

Posted: February 10, 2016

| UNIT # | NAME | PERCENT | Due 1-Apr-16 ONE PAYMENT | | Due 1-Apr-16 1-May-16 TWO PAYMENTS | |
|---|---|---|---|---|---|---|
| | **SABAL RIDGE APARTMENT ASSOCIATION INC** | | | | | |
| | **SPECIAL ASSESSMENT - MARCH 4, 2016** | | | | | |
| 1N | SABAL RIDGE | 1.722% | 10,432.77 | | 5,216.39 | |
| 1S | POPE | 2.848% | 17,254.66 | | 8,627.33 | |
| 2N | SHUFF | 3.003% | 18,193.74 | | 9,096.87 | |
| 2S | DOSTIE | 3.003% | 18,193.74 | | 9,096.87 | |
| 3N | KIMMEL - BETTIUS | 3.025% | 18,327.02 | | 9,163.51 | |
| 3S | MULVIHILL | 3.025% | 18,327.02 | | 9,163.51 | |
| 4N | SPENCER | 3.047% | 18,460.31 | | 9,230.16 | |
| 4S | POLOKOFF | 3.047% | 18,460.31 | | 9,230.16 | |
| 5N | DUBROW | 3.069% | 18,593.60 | | 9,296.80 | |
| 5S | BOINIS | 3.069% | 18,593.60 | | 9,296.80 | |
| 6N | DICK | 3.091% | 18,726.89 | | 9,363.44 | |
| 6S | JEELOF | 3.091% | 18,726.89 | | 9,363.44 | |
| 7N | KALLMAN | 3.113% | 18,860.17 | | 9,430.09 | |
| 7S | SOBEL | 3.113% | 18,860.17 | | 9,430.09 | |
| 8N | GRAVES | 3.135% | 18,993.46 | | 9,496.73 | |
| 8S | ANDERSON | 3.135% | 18,993.46 | | 9,496.73 | |
| 9N | HILLENBRAND | 3.157% | 19,126.75 | | 9,563.37 | |
| 9S | HILLENBRAND | 3.157% | 19,126.75 | | 9,563.37 | |
| 10N | TEICH | 3.180% | 19,266.09 | | 9,633.05 | |
| 10S | POLK | 3.180% | 19,266.09 | | 9,633.05 | |
| 11N | SUGAR | 3.202% | 19,399.38 | | 9,699.69 | |
| 11S | SUGAR | 3.202% | 19,399.38 | | 9,699.69 | |
| 12N | DESHIELDS | 3.224% | 19,532.67 | | 9,766.33 | |
| 12S | ACKERMAN | 3.224% | 19,532.67 | | 9,766.33 | |
| 14N | LEVINE | 3.268% | 19,799.24 | | 9,899.62 | |
| 14S | KATZ | 3.268% | 19,799.24 | | 9,899.62 | |
| 15N | SHARLIN | 3.312% | 20,065.82 | | 10,032.91 | |
| 15S | VAN WINKLE | 3.312% | 20,065.82 | | 10,032.91 | |
| 16N | DOSHI | 3.356% | 20,332.39 | | 10,166.20 | |
| 16S | DOSHI | 3.356% | 20,332.39 | | 10,166.20 | |
| 17N | KULLY | 3.533% | 21,404.75 | | 10,702.38 | |
| 17S | PAINO | 3.533% | 21,404.75 | | 10,702.38 | |
| | **TOTAL** | 100.000% | $605,852.00 | | $302,926.00 | |

# *Sabal Ridge Apartment Association, Inc.*

750 SOUTH OCEAN BOULEVARD • BOCA RATON, FLORIDA 33432
Telephone: 561-395-9122 • Facsimile: 561-368-8548

September 7, 2016

**To All Unit Owners:**

Enclosed is a Special Assessment Notice plus spreadsheets on the various methods of payment approved by the Board of Directors at the Special Meeting of the Board of Directors on August 24, 2016.

As you can see, you will have three (3) options:

1. payment in full on September 15, 2016

2. two equal payments – one on September 15, 2016 and the second on February 15, 2017

3. quarterly installments starting on September 15, 2016 and each quarter thereafter – December 15, March 15 and June 15, for eleven (11) years with 4.09% interest

Please notify me of your payment preference by September 12th, and I will send you the corresponding invoice for payment.

Should you have any questions, please contact me at the management office: (561) 395-9122.

Sincerely,


Ann Lattanzio, CAM

<u>NOTICE OF SPECIAL MEETING OF THE BOARD OF DIRECTORS OF</u>

<u>SABAL RIDGE APARTMENT ASSOCIATION, INC.</u>

A Special Meeting of the Board of Directors of Sabal Ridge Apartment Association, Inc. will be held on **Wednesday, August 24, 2016, at 5:00 P.M. EDT, in the Sitting Room of the Sabal Ridge Apartments Condominium located at 750 South Ocean Boulevard, Boca Raton, Florida 33432,** for the purpose of (1) considering the adoption of a Special Assessment of $ 6,530,000.00 (plus interest on the loan with Bank of America, such interest rate to be determined as of the date of the closing of the loan which is for a term of eleven (11) years) for (a) replacement of garage ceiling/parking deck slab and repair, restoration or replacement of related areas, (b) modernization of the mechanical systems of the two (2) elevators and renovating  the interior of the cabs of the elevators, (c) first floor and garage lobby renovations, (d) replacement of building tower exterior resident storage units, (e) engineering and architectural costs related to the slab replacement project, (f) repayment of the loan with Bank of America being entered into by the Association with respect to the foregoing described projects, and (2) considering the approval of pledging or assigning the Special Assessment as collateral for the loan with Bank of America and approval of the loan and loan documents.

<u>AGENDA</u>

1.  Call to Order;

2.  Establishment of a Quorum;

3.  Proof of Notice of Meeting: Posted and sent First Class Mail to all Unit Owners – August 9, 2016;

4.  Consideration of adoption of a Special Assessment of Six Million Five Hundred Thirty Thousand Dollars ($ 6,530,000.) plus interest on the eleven (11) year loan from Bank of America (such interest rate to be determined at the time of closing of the loan) for (1) the replacement of the garage ceiling/parking deck slab and the repair, restoration or replacement of related areas, (2) modernization of the mechanical systems of the two (2) elevators and renovating the interiors of the cabs of the elevators, (3) first floor and garage lobby renovations, (4) replacement of the building tower exterior resident storage units, (5) engineering and architectural costs related to the slab replacement project, (6) repayment of the loan with Bank of America being entered into by the Association with respect to the foregoing described projects.  If adopted, each unit in the Sabal Ridge Apartments Condominium will be assessed its share of the Special Assessment pursuant to the provisions of the Declaration of Condominium and the Board of Directors will determine the amount(s) and due date or dates for the payment of such Special Assessment based upon which owners either elect to pay their share in a lump sum payment or in installments over the course of the Association's loan with Bank of America (such installments to include the owner's share of interest on the loan).

5.  Consideration of approving the pledging/assigning of the Association's right, title and interest to the above described Special Assessment as collateral for the loan with Bank of America, and approval of borrowing up to $ 6,530,000.00 from Bank of America with respect to the Special

Notice of a Special Meeting of the Board of Directors of
Sabal Ridge Apartment Association, Inc. to be held August 24, 2016

Page Two

Assessment projects and the loan documents related thereto (Closing Statement, Compliance
Certificate, Loan Agreement, Officers Certificate, Promissory Note, Security Agreement and UCC
Financing Statement Form).

6.  Adjournment


Dated: August 8, 2016                              Sabal Ridge Apartment Association, Inc.


                                                   By: _____
                                                       Douglas P. Dick, President

| UNIT | NAME | PERCENT | | | SPECIAL ASSESSMENT 9/15/2016 | 2 PAYMENTS 9/15/2016 2/15/2017 |
|---|---|---|---|---|---|---|
| # | | | | | | |
| 1N | SABAL RIDGE | 1.722% | | | 112,446.60 | 56,223.30 |
| 1S | POPE | 2.848% | | | 185,974.40 | 92,987.20 |
| 2N | SHUFF | 3.003% | | | 196,095.90 | 98,047.95 |
| 2S | DOSTIE | 3.003% | | | 196,095.90 | 98,047.95 |
| 3N | BETTIUS | 3.025% | | | 197,532.50 | 98,766.25 |
| 3S | MULVIHILL | 3.025% | | | 197,532.50 | 98,766.25 |
| 4N | SPENCER | 3.047% | | | 198,969.10 | 99,484.55 |
| 4S | POLOKOFF | 3.047% | | | 198,969.10 | 99,484.55 |
| 5N | DUBROW | 3.069% | | | 200,405.70 | 100,202.85 |
| 5S | BOINIS | 3.069% | | | 200,405.70 | 100,202.85 |
| 6N | DICK | 3.091% | | | 201,842.30 | 100,921.15 |
| 6S | JEELOF | 3.091% | | | 201,842.30 | 100,921.15 |
| 7N | KALLMAN | 3.113% | | | 203,278.90 | 101,639.45 |
| 7S | SOBEL | 3.113% | | | 203,278.90 | 101,639.45 |
| 8N | GRAVES | 3.135% | | | 204,715.50 | 102,357.75 |
| 8S | ANDERSON | 3.135% | | | 204,715.50 | 102,357.75 |
| 9N | HILLENBRAND | 3.157% | | | 206,152.10 | 103,076.05 |
| 9S | HILLENBRAND | 3.157% | | | 206,152.10 | 103,076.05 |
| 10N | TEICH | 3.180% | | | 207,654.00 | 103,827.00 |
| 10S | POLK | 3.180% | | | 207,654.00 | 103,827.00 |
| 11N | SUGAR | 3.202% | | | 209,090.60 | 104,545.30 |
| 11S | SUGAR | 3.202% | | | 209,090.60 | 104,545.30 |
| 12N | DESHIELDS | 3.224% | | | 210,527.20 | 105,263.60 |
| 12S | ACKERMAN | 3.224% | | | 210,527.20 | 105,263.60 |
| 14N | LEVINE | 3.268% | | | 213,400.40 | 106,700.20 |
| 14S | KATZ | 3.268% | | | 213,400.40 | 106,700.20 |
| 15N | SHARLIN | 3.312% | | | 216,273.60 | 108,136.80 |
| 15S | VAN WINKLE | 3.312% | | | 216,273.60 | 108,136.80 |
| 16N | DOSHI | 3.356% | | | 219,146.80 | 109,573.40 |
| 16S | DOSHI | 3.356% | | | 219,146.80 | 109,573.40 |
| 17N | KULLY | 3.533% | | | 230,704.90 | 115,352.45 |
| 17S | SERIANNI | 3.533% | | | 230,704.90 | 115,352.45 |
| | | | | | | |
| | TOTAL | 100.000% | | | 6,530,000.00 | 3,265,000.00 |
| | | | | | | |
| 1N | | | | | -112,446.60 | |
| | | | | | $6,417,553.40 | |

**SABAL RIDGE APARTMENT ASSOCIATION INC**
**SCHEDULE OF THE SPECIAL ASSESSMENT APPROVED ON AUGUST 24, 2016**
**DUE SEPTEMBER 15, 2016**

**SABAL RIDGE APARTMENT ASSOCIATION INC**
**SCHEDULE OF SPECIAL ASSESSMENT APPROVED AUGUST 24, 2016 WITH 4.09% INTEREST**
**DUE DECEMBER 15, 2017**

| UNIT # | NAME | PERCENT | SPECIAL MAINTENANCE ASSESSMENT | | |
|---|---|---|---|---|---|
| | | | ELEVEN YEARS | ANNUAL | QUARTERLY |
| 1N | SABAL RIDGE | 1.722% | 139,820.11 | 12,710.84 | 3,177.71 |
| 1S | POPE | 2.848% | 231,247.20 | 21,022.34 | 5,255.59 |
| 2N | SHUFF | 3.003% | 243,832.64 | 22,166.46 | 5,541.62 |
| 2S | DOSTIE | 3.003% | 243,832.64 | 22,166.46 | 5,541.62 |
| 3N | BETTIUS | 3.025% | 245,618.96 | 22,328.86 | 5,582.21 |
| 3S | MULVIHILL | 3.025% | 245,618.96 | 22,328.86 | 5,582.21 |
| 4N | SPENCER | 3.047% | 247,405.28 | 22,491.25 | 5,622.81 |
| 4S | POLOKOFF | 3.047% | 247,405.28 | 22,491.25 | 5,622.81 |
| 5N | DUBROW | 3.069% | 249,191.60 | 22,653.64 | 5,663.41 |
| 5S | BOINIS | 3.069% | 249,191.60 | 22,653.64 | 5,663.41 |
| 6N | DICK | 3.091% | 250,977.92 | 22,816.03 | 5,704.01 |
| 6S | JEELOF | 3.091% | 250,977.92 | 22,816.03 | 5,704.01 |
| 7N | KALLMAN | 3.113% | 252,764.24 | 22,978.42 | 5,744.61 |
| 7S | SOBEL | 3.113% | 252,764.24 | 22,978.42 | 5,744.61 |
| 8N | GRAVES | 3.135% | 254,550.56 | 23,140.81 | 5,785.20 |
| 8S | ANDERSON | 3.135% | 254,550.56 | 23,140.81 | 5,785.20 |
| 9N | HILLENBRAND | 3.157% | 256,336.88 | 23,303.21 | 5,825.80 |
| 9S | HILLENBRAND | 3.157% | 256,336.88 | 23,303.21 | 5,825.80 |
| 10N | TEICH | 3.180% | 258,204.39 | 23,472.98 | 5,868.24 |
| 10S | POLK | 3.180% | 258,204.39 | 23,472.98 | 5,868.24 |
| 11N | SUGAR | 3.202% | 259,990.71 | 23,635.37 | 5,908.84 |
| 11S | SUGAR | 3.202% | 259,990.71 | 23,635.37 | 5,908.84 |
| 12N | DESHIELDS | 3.224% | 261,777.03 | 23,797.76 | 5,949.44 |
| 12S | ACKERMAN | 3.224% | 261,777.03 | 23,797.76 | 5,949.44 |
| 14N | LEVINE | 3.268% | 265,349.67 | 24,122.55 | 6,030.64 |
| 14S | KATZ | 3.268% | 265,349.67 | 24,122.55 | 6,030.64 |
| 15N | SHARLIN | 3.312% | 288,922.31 | 24,447.33 | 6,111.83 |
| 15S | VAN WINKLE | 3.312% | 288,922.31 | 24,447.33 | 6,111.83 |
| 16N | DOSHI | 3.356% | 272,494.95 | 24,772.11 | 6,193.03 |
| 16S | DOSHI | 3.356% | 272,494.95 | 24,772.11 | 6,193.03 |
| 17N | KULLY | 3.533% | 286,866.70 | 26,078.63 | 6,519.66 |
| 17S | SERIANNI | 3.533% | 286,866.70 | 26,078.63 | 6,519.66 |
| | TOTAL | 100.000% | $8,119,635.00 | $738,144.00 | $184,536.00 |

**SABAL RIDGE APARTMENT ASSOCIATION, INC.**
**BOARD OF DIRECTORS MEETING**
**MARCH 1, 2019   5:15 PM EST**
**A SPECIAL ASSESSMENT WILL BE CONSIDERED**

A Special Meeting of the Board of Directors of Sabal Ridge Apartment Association, Inc. will be held on Friday, March 1, 2019, at 5:15 P.M. EST or immediately following the Annual Meeting, in the Sitting Room of the Sabal Ridge Apartments Condominium located at 750 South Ocean Boulevard, Boca Raton, Florida 33432, for the purpose of considering the adoption of a Special Assessment of $3,494,567.74 to complete: (a) replacement of garage ceiling/parking deck slab and repair, restoration or replacement of related areas, (b) modernization of the mechanical systems of two (2) elevators and renovating the interior of the cabs of the elevators, (c) first floor and garage lobby renovations including wall and floor tile, wall coverings and furniture, (d) installing porcelain pavers on the east decks , (e) engineering and architectural costs related to the slab replacement project, (f) landscaping replacement and upgrades, (g) installing concrete pavers in the drive and parking areas to the front of the building, (h) refurbish pool, (i) replace exterior lights, (j) construction administration, (k) replacement of A/C piping in the garage, (l) replace A/C heat exchanger and well pumps, (m) salt-water well repair, (n) gym equipment, (o) garage overhead roll-up door, (p) upgraded security system and cameras, (q) outdoor kitchen, and other items as required to complete these projects.

<u>AGENDA</u>

1. Call to Order;

2. Establishment of a Quorum;

3. Proof of Notice of Meeting: Posted and sent First Class Mail to all Unit Owners – February 13, 2019;

4. Consideration of adoption of a Special Assessment of Three Million Four Hundred Ninety-Four Thousand Five Hundred Sixty-Seven Dollars and 74 Cents ($ 3,494,567.74) to complete: (a) replacement of the garage ceiling/parking deck slab and repair, restoration or replacement of related areas, (b) modernization of the mechanical systems of two (2) elevators and renovating the interiors of the cabs of the elevators, (c) first floor and garage lobby renovations including wall and floor tile, wall coverings and furniture, (d) installing porcelain pavers on the east decks, (e) engineering and architectural costs related to the slab replacement project, (f) landscaping replacement and upgrades, (g) installing concrete pavers in the drive and parking areas to the front of the building, (h) refurbish pool, (i) replace exterior lights, (j) construction administration, (k) replacement of A/C piping in the garage, (l) replace A/C heat exchanger and well pumps, (m) salt-water well repair, (n) gym equipment, (o) garage overhead roll up door, (p) upgraded security system and cameras, (q) outdoor kitchen, and other items as required to complete these projects (please see budget attached). These costs are over and above those included and anticipated by the Annual Budget. If adopted, each unit in the Sabal Ridge Apartments Condominium will be assessed its share of the Special Assessment pursuant to the provisions of the Declaration of Condominium

Board of Directors Meeting
March 1, 2019 – 5:15 PM or immediately following the Annual Meeting
A Special Assessment Will Be Considered
Page Two


(please see unit breakdown attached). The due date for this lump sum payment will be
April 15, 2019.
Review/Discussion/Motion

5.   Adjournment



Dated: February 13, 2019

                                    Sabal Ridge Apartment Association, Inc.
                                    For the Board of Directors

                            By: _____
                                    Peter Kallman, President

**Sabal Ridge**
2/13/2019

| Hard Costs Garage | Budget |
|---|---|
| Construction Cost Base Contract For Garage | |
| PCCO #1 Roll Up Door | $ 4,988,163.00 |
| PCCO #2, #9, #14, #22 Added scope, differing field conditions | $ 47,848.00 |
| PCCO #4 Additional concrete pours | $ 314,481.00 |
| PCCO #13, #21, #28 Landscape and credit | $ 68,248.45 |
| PCCO #8 Porcelain pavers and slabs at east deck and pool deck | $ 209,276.94 |
| PCCO #7 Landscape lighting and replace conduit | $ 62,282.51 |
| PCCO #8 Concrete pavers - Front | $ 92,957.80 |
| PCCO #10 Garage level replacement of storm drain lines | $ 163,455.00 |
| PCCO #11 ADA Ramp & Railing & #18 Railing upgrade at West crash wall | $ 84,925.43 |
| PCCO #12 Fencing, FPL Vault, Water pipe repair | $ 55,473.05 |
| PCCO #32 Porte Cochere H Beam, Add'l lobby dec light bollards, Pool lift install | $ 49,005.30 |
| Direct Purchase outdoor lights | $ 31,936.18 |
| Other PCCO's | $ 101,000.00 |
| Subtotal Hard Costs | $ 180,491.88 |
| | $ 6,400,448.47 |
| Credit 1 EBL Shared Savings Contingency | $ (80,000.00) |
| Credit 2 EBL Buyout savings | $ (118,896.40) |
| Allowances Remaining | $ (67,000.00) |
| GARAGE FINAL CONTRACT | $ 6,134,547.07 |

| Soft Costs | |
|---|---|
| EBL Preconstruction Services | |
| V3 Architectural Group | $ 72,312.00 |
| Construction Administration (V3) | $ 228,000.00 |
| Structural Engineer (Threshold inspections) | $ 15,172.00 |
| Material Testing & Surveyor Aviron & Associates, Inc. | $ 322,000.00 |
| Geosonics -seismic monitoring | $ 8,550.00 |
| Owner's Construction Representative | $ 69,027.00 |
| Legal, Bonds, Permit Fees | $ 180,000.00 |
| Valet | $ 217,510.00 |
| Bank Charges | $ 99,088.00 |
| Land Planner/Charlie Putman | $ 33,403.00 |
| EDSA - Landscape Design | $ 15,000.00 |
| Subtotal Soft Costs | $ 63,200.00 |
| | $ 1,324,280.00 |

| Total Garage Project Costs | $ 7,458,827.07 |
|---|---|

| Additional Infrastructure Maintenance Items | |
|---|---|
| Replace A/C piping | |
| Temp HVAC Cooling tower | $ 43,000.00 |
| HVAC pumps and contingency | $ 75,000.00 |
| Refurbish Pool | $ 100,000.00 |
| Replace A/C heat exchanger | $ 68,214.00 |
| Centerline wall repair & Diesel storage | $ 108,000.00 |
| Outdoor kitchen & Retaining wall | $ 40,000.00 |
| Elevator | $ 25,000.00 |
| Green Tile Remove Tile, Stucco and Paint | $ 735,000.00 |
| Cramer subtotal items | $ 35,000.00 |

| | $ 1,027,214.00 |
|---|---|

| Lobby/Office/Fitness Renovation | |
|---|---|
| Architect | |
| Interior Designer | $ 30,000.00 |
| Furniture, wall and floor tile, and wall coverings | $ 67,000.00 |
| Gym Equipment | $ 240,000.00 |
| Closets | $ 35,000.00 |
| Lobby & Fitness Construction contract | $ 5,200.00 |
| Total | 1,134,698.57 |
| | 1,511,898.57 |

| PCCO's and Contingency Pending - | |
|---|---|
| Contingency for completion | |
| Polymeric sand | $ 100,000.00 |
| TOTAL PENDING | $ 32,000.00 |
| TOTAL LOBBY AND BASEMENT PROJECT COST | 432,000.00 |
| | $ 1,944,398.57 |

| Total Building Projects | |
|---|---|
| | $ 10,330,418.74 |

| TOTAL Borrowed from Bank | $ 6,500,000.00 |
|---|---|
| Interest | $ 256,000.00 |
| Special Assessment #1-M | $ 60,000.00 |
| Original Assessment March 2016 | $ 650,852.00 |
| Additional Work | $ 3,494,567.74 |

| UNIT # | NAME | PERCENT | | | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| | SABAL RIDGE APARTMENT ASSOCIATION INC | | | | |
| | SCHEDULE OF A 2018 SPECIAL ASSESSMENT TO COMPLETE GARAGE RE | | | | |
| 1-Mar-19 | | | | | |
| CASH PAYMENT | | | | | |
| 1N | SABAL RIDGE | 1.722% | | | 60,176.46 |
| 1S | POPE | 2.848% | | | 99,525.29 |
| 2N | SHUFF | 3.003% | | | 104,941.87 |
| 2S | DOSTIE | 3.003% | | | 104,941.87 |
| 3N | BETTIUS | 3.025% | | | 105,710.67 |
| 3S | MULVIHILL | 3.025% | | | 105,710.67 |
| 4N | LANE | 3.047% | | | 106,479.48 |
| 4S | POLOKOFF | 3.047% | | | 106,479.48 |
| 5N | DUBROW | 3.069% | | | 107,248.28 |
| 5S | BUCK | 3.069% | | | 107,248.28 |
| 6N | DICK | 3.091% | | | 108,017.09 |
| 6S | STEINMETZ | 3.091% | | | 108,017.09 |
| 7N | KALLMAN | 3.113% | | | 108,785.89 |
| 7S | SOBEL | 3.113% | | | 108,785.89 |
| 8N | GRAVES | 3.135% | | | 109,554.70 |
| 8S | ANDERSON | 3.135% | | | 109,554.70 |
| 9N | HILLENBRAND | 3.157% | | | 110,323.50 |
| 9S | HILLENBRAND | 3.157% | | | 110,323.50 |
| 10N | TEICH | 3.180% | | | 111,127.25 |
| 10S | POLK | 3.180% | | | 111,127.25 |
| 11N | SUGAR | 3.202% | | | 111,896.06 |
| 11S | SUGAR | 3.202% | | | 111,896.06 |
| 12N | DESHIELDS | 3.224% | | | 112,664.86 |
| 12S | ACKERMAN | 3.224% | | | 112,664.86 |
| 14N | LEVINE | 3.268% | | | 114,202.47 |
| 14S | KATZ | 3.268% | | | 114,202.47 |
| 15N | SHARLIN | 3.312% | | | 115,740.08 |
| 15S | SUGAR | 3.312% | | | 115,740.08 |
| 16N | DOSHI | 3.356% | | | 117,277.69 |
| 16S | DOSHI | 3.356% | | | 117,277.69 |
| 17N | KULLY | 3.533% | | | 123,483.08 |
| 17S | SERIANNI | 3.533% | | | 123,483.08 |
| | TOTAL | 100.000% | | | 3,494,567.74 |

March 16, 2012

RE: Special Assessment
       Hurricane Impact Resistant Window and Door Project

To All Sable Ridge Unit Owners:

As many of you are aware, after extensive work on the part of the board of directors, we closed our $ 2.M loan with Bank of America on March 9th, allowing us to fund the hurricane impact resistant window and door project.

The loan closed at a rate of 3.49% - lower than the rate the bank originally quoted.

I have enclosed two schedules for the payment of the special assessment for your unit.

- The first is for a cash payment  to the Association. If you are taking this option, payment would be due, in full, on April 15, 2012.   Please advise me by April 1st and I will send you an invoice for the payment of this amount.
- The second option includes financing over a seven year period. Payments would be due quarterly, but on the 15th of the month. The first payment would be also be due on April 15, 2012. Invoices will be sent April 1st.

I will need to meet with a representative of each unit prior to the start of the project to determine what preparation will be needed. Not all window treatments will have to be removed, it depends on how and where they are installed. For example, on interior shutters, most of the time, the frame is back far enough that we only need to remove the shutter panels, and can leave the frame in place.

We will need to clear an area approximately four to six feet in front of the window or door they are installing. All fragile items should be removed if they are in front of an opening, even if they are further back. The openings are, of course, subject to wind gusts. Artwork that is in the general vicinity should also be removed.

Please contact me whenever you are ready, and I will be happy to meet with you to discuss the specifics of your apartment. I do have information on a company that has worked with unit owners in several of the hi-rises along the beach when they were preparing for window projects. They took down window treatments, moved and rehung artwork, etc. This preparation would be a unit owner expense.
Special Assessment - Window and Door Project

March 16, 2012
Page Two

Some general project information: Windows and doors will be brought up on swing stations on the outside of the building. Work crews will be both inside and outside your apartment. The walkway from your front door to the window or door they are working on will be covered. In some cases, a plastic wall will be erected in front of the opening to protect the interior of your unit. We will have a security guard with the crew whenever they are in your unit, and I will also be in the unit and inspecting their work several times each day. Our engineer, Willy Cook, from Bromley-Cook, will be doing periodic inspections and water tests.

As to the time frame, right now we expect the project to start around the beginning of June. Fenexpert USA, our contractor, will have two crews here, and each should complete a unit per week. When the start date gets closer, and I have a more definite schedule, I will be able to give you an idea of when they will be in your apartment.

Should you have any questions, please contact me at the management office: (561) 395-9122.


Sincerely,


Ann Lattanzio
Community Association Manager

**SABAL RIDGE APARTMENT ASSOCIATION INC**
**SCHEDULE OF SPECIAL ASSESSMENT FOR WINDOW AND DOOR REPLACEMENT WITH 3.49% INTEREST.**
**DUE JANUARY 15, 2019**

| UNIT # | NAME | PERCENT | SEVEN YRS. SPECIAL MAINTENANCE ASSESSMENT | ANNUAL | QUARTERLY | BUDGET |
|---|---|---|---|---|---|---|
| 1N | SABAL RIDGE | 1.722% | 38,867.78 | 5,552.55 | 1,388.14 | N/A |
| 1S | POPE | 2.848% | 64,283.06 | 9,183.32 | 2,295.83 | |
| 2N | SHUFF | 3.003% | 67,781.61 | 9,683.11 | 2,420.78 | |
| 2S | DOSTIE | 3.003% | 67,781.61 | 9,683.11 | 2,420.78 | |
| 3N | KIMMEL | 3.025% | 68,278.18 | 9,754.05 | 2,438.51 | paid |
| 3S | MULVIHILL | 3.025% | 68,278.18 | 9,754.05 | 2,438.51 | paid |
| 4N | LANE | 3.047% | 68,774.75 | 9,824.99 | 2,456.25 | paid |
| 4S | POLOKOFF | 3.047% | 68,774.75 | 9,824.99 | 2,456.25 | paid |
| 5N | DUBROW | 3.069% | 69,271.32 | 9,895.93 | 2,473.98 | paid |
| 5S | BUCK | 3.069% | 69,271.32 | 9,895.93 | 2,473.98 | paid |
| 6N | DICK | 3.091% | 69,767.89 | 9,966.87 | 2,491.72 | paid |
| 6S | STEINMETZ | 3.091% | 69,767.89 | 9,966.87 | 2,491.72 | |
| 7N | KALLMAN | 3.113% | 70,264.46 | 10,037.81 | 2,509.45 | paid |
| 7S | SOBEL | 3.113% | 70,264.46 | 10,037.81 | 2,509.45 | paid |
| 8N | GRAVES | 3.135% | 70,761.03 | 10,108.74 | 2,527.19 | paid |
| 8S | ANDERSON | 3.135% | 70,761.03 | 10,108.74 | 2,527.19 | paid |
| 9N | HILLENBRAND | 3.157% | 71,257.59 | 10,179.68 | 2,544.92 | paid |
| 9S | HILLENBRAND | 3.157% | 71,257.59 | 10,179.68 | 2,544.82 | paid |
| 10N | TEICH | 3.180% | 71,776.73 | 10,253.85 | 2,563.46 | |
| 10S | POLK | 3.180% | 71,776.73 | 10,253.85 | 2,563.46 | |
| 11N | SUGAR | 3.202% | 72,273.30 | 10,324.78 | 2,581.20 | paid |
| 11S | SUGAR | 3.202% | 72,273.30 | 10,324.78 | 2,581.20 | paid |
| 12N | DESHIELDS | 3.224% | 72,769.87 | 10,395.72 | 2,598.93 | |
| 12S | ACKERMAN | 3.224% | 72,769.87 | 10,395.72 | 2,598.93 | paid |
| 14N | LEVINE | 3.269% | 73,763.01 | 10,537.60 | 2,634.40 | paid |
| 14S | KATZ | 3.269% | 73,763.01 | 10,537.60 | 2,634.40 | paid |
| 15N | SHARLIN | 3.312% | 74,756.15 | 10,679.48 | 2,669.87 | |
| 15S | SUGAR | 3.312% | 74,756.15 | 10,679.48 | 2,669.87 | paid |
| 16N | DOSHI | 3.356% | 75,749.28 | 10,821.35 | 2,705.34 | paid |
| 16S | DOSHI | 3.356% | 75,749.28 | 10,821.35 | 2,705.34 | paid |
| 17N | KULLY | 3.533% | 79,744.40 | 11,392.09 | 2,848.02 | paid |
| 17S | SERRIANNI | 3.533% | 79,744.40 | 11,392.09 | 2,848.02 | paid |
| TOTAL | | 100.000% | $2,257,130.00 | $322,448.00 | $80,612.00 | |