# JK LAW, P.A.
## ATTORNEYS & ADVISORS
925 S. FEDERAL HIGHWAY, SUITE 125
BOCA RATON, FL 33432

JOHN O. KOCHKERIAN, JD, CPA
MEMBER OF FLORIDA BAR

TELEPHONE 561-948-6304
FACSIMILE 888-718-8862

BRANDON M. ESPOSITO, OF COUNSEL
MEMBER OF FLORIDA BAR

February 3, 2021

Via Certified Mail & E-Mail: dsugarman@kbrlegal.com

Deborah S. Sugarman
Kaye Bender Rembaum, P.L.
1200 Park Central Blvd. South
Pompano Beach, FL 33064

Re:   Sabal Ridge Apartment Association, Inc.
      Property Address:   750 S. Ocean Blvd., #1-S
                          Boca Raton, FL 33432

Dear Mrs. Sugarman:

Per your email dated January 28, 2021, as demanded, please find enclosed a check made payable to your firm in the amount of $18,709.54 which amount represents $14,924.43 of outstanding HOA fees, $3,538.00 of attorney fees, and $247.11 of the increase in January 2021 HOA fees. Please be advised that our clients make this payment under protest due to your improper threat of litigation.

Sincerely,

John Kochkerian, Esq.
JK Law, P.A.


Exhibit B

GREG H POPE
MICHELE B POPE

142
37-65/1119 72

Pay to the Order of: Kaye Blender Rosenbaum PL

Date: 2 February 21

$ 18,709.5

Eighteen thousand, seven hundred and nine dollars, 5/100 Dollars

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

For: Full Amount Demanded

⑈111900659⑈ ⑆256692056⑈ 0142