UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-60456-WPD

GREGORY HAROLD POPE, and
MICHELLE BERNADETTE POPE,

      Plaintiffs,

v.

KAYE BENDER REMBAUM, P.L.,

      Defendant.

_____/

**DEFENDANT KAYE BENDER REMBAUM'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

**COMES NOW** the Defendant, KAYE BENDER REMBAUM, P.L. (hereinafter "KBR"), by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, hereby files this Unopposed Motion to Respond to Second Amended Complaint, and in support thereof states:

1. Plaintiff filed and served the Second Amended Complaint on May 28, 2021.

2. Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, a response to said pleading is due June 11, 2021.

3. Given the new issues raised in the Second Amended Complaint, Defendant respectfully requests additional time in which to file a response.

*Kaye Bender Rembaum, P.L. adv. Pope, et al.*
*0:21-cv-60456-WPD*
*Motion for Extension of Time*
*Page 2 of 3*

4. Undersigned is communicating with Plaintiffs' counsel Mr. Patti. Counsel has stated he has no objection to Defendant's request for a fourteen (14) day extension of time.

5. This Motion is made in good faith and not solely for the purpose of delay.

**WHEREFORE**, Defendant Kaye Bender Rembaum P.L. respectfully requests this Honorable Court enter an Order granting this Unopposed Motion for Extension of Time and providing the Defendant fourteen (14) additional days in which to respond to the Plaintiffs' Second Amended Complaint, and for any additional relief this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant conferred with counsel for Plaintiffs, which counsel stated that Plaintiffs do not oppose the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service

*Kaye Bender Rembaum, P.L. adv. Pope, et al.*
*0:21-cv-60456-WPD*
*Motion for Extension of Time*
*Page 3 of 3*

list below in the manner specified, either via transmission of notice of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of filing.

BY:   */s/ Stuart M. Smith*
STUART M. SMITH, ESQ.
Florida Bar No: 9717
Email: ssmith@kbrlegal.com
GERARD S. COLLINS
Florida Bar No: 738050
Email: gcollins@kbrlegal.com
1200 Park Central Boulevard South
Pompano Beach, Florida 33064
(954) 928-0680 - Phone
(954) 772-0319 - Fax

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Defendant conferred with counsel for Plaintiffs, which counsel stated that Plaintiffs do not oppose the relief sought herein.