UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60456-CIV-DIMITROULEAS

GREGORY HAROLD POPE, and
MICHELE BERNADETTE POPE,

    Plaintiffs,

vs.

KAYE BENDER REMBAUM, P.L.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Second Unopposed Motion for Extension of Time to Respond to Motion to Dismiss, filed July 22, 2021. [DE 28]. The Court has considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 28] is **GRANTED**.

2. Plaintiffs shall have through August 6, 2021 to respond to the Motion to Dismiss [DE 24].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of July, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record