UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-60456-WPD

GREGORY HAROLD POPE and MICHELE BERNADETTE POPE,

    Plaintiffs,

v.

KAYE BENDER REMBAUM, P.L.,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF APPEARANCE

Barry A. Postman, Esq. and Stuart P. Schneider, Esq. of COLE, SCOTT & KISSANE, P.A. hereby give notice of their appearance on behalf of Defendant, KAYE BENDER REMBAUM, P.L., and requests that copies of all motions, notices, and other pleadings heretofore or hereafter filed or served in this cause be furnished to the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

CASE NO.: 0:21-cv-60456-WPD

will send notice of electronic filing to all counsel of record.

          COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant *KAYE BENDER REMBAUM, P.L.*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9234
Facsimile (561) 683-8977
Primary e-mail: barry.postman@csklegal.com
Secondary e-mail: stuart.schneider@csklegal.com

By: s/ Stuart P. Schneider
BARRY A. POSTMAN
Florida Bar No.: 991856
STUART P. SCHNEIDER
Florida Bar No.: 109256