**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-cv-60456-WPD**

GREGORY HAROLD POPE and MICHELE BERNADETTE POPE,

    Plaintiffs,

v.

KAYE BENDER REMBAUM, P.L.,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF UNAVAILABILITY**

    COMES NOW Defendant, KAYE BENDER REMBAUM, P.L., by and through its undersigned counsel, and pursuant to the applicable Rules of Civil of Civil Procedure, hereby notifies all counsel of record that the undersigned counsel for said Defendant, to-wit: Stuart P. Schneider, Esq. will be unavailable and out of the jurisdiction from **August 1, 2022 through and including August 12, 2022** and requests that no hearings, depositions, or motions be set pertaining to this case during that time frame. Further, undersigned counsel requests that an extension be granted for responses due within this timeframe.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of July 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120 - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

CASE NO.: 0:21-cv-60456-WPD

        COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant KAYE BENDER REMBAUM, P.L.*
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401
Telephone (561) 383-9234
Facsimile (561) 683-8977
Primary e-mail: barry.postman@csklegal.com
Secondary e-mail: stuart.schneider@csklegal.com
Alternate e-mail: lisa.daye@csklegal.com

By:   s/ Stuart P. Schneider
      BARRY A. POSTMAN
      Florida Bar No.: 991856
      STUART P. SCHNEIDER
      Florida Bar No.: 109256